450 A.2d 1041

Commonwealth v. Smith, Appellant.

Submitted December 16, 1981. Stephen P. Patrizio, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Judgment of sentence affirmed.